Howard J. Weg (State Bar No. 91057)
HWeg@RobinsKaplan.com
James P. Menton, Jr. (State Bar No. 159032)
JMenton@RobinsKaplan.com
**ROBINS KAPLAN LLP**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

Attorneys for Plaintiff Mark G. DeGiacomo,
Chapter 7 Trustee for the Estate of RMA Strategic
Opportunity Fund, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK G. DEGIACOMO, CHAPTER 7 TRUSTEE FOR THE ESTATE OF RMA STRATEGIC OPPORTUNITY FUND, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AIMEE MONTOYA AKA AIMEE MONTOYA-JACKSON AKA AMY JACKSON AKA AMY MONTOYA-JACKSON, an individual,<br><br>Defendant. | Case No. 2:18-cv-00650-R-KS<br><br>**AGREED ORDER GRANTING PERMANENT INJUNCTION** |

Plaintiff Mark G. DeGiacomo, in his capacity as Chapter 7 Trustee ("Plaintiff") for the estate of RMA Strategic Opportunity Fund, LLC, on the one hand, and Defendant Aimee Montoya aka Aimee Montoya-Jackson aka Amy Jackson aka Amy Montoya-Jackson ("Defendant," and together with Plaintiff, the "Parties"), on the other hand, having presented to the Court their *Stipulation For Entry of Agreed Order Granting Permanent Injunction* (the "Stipulation") filed March 1, 2019 (Dkt. No. 54), and having agreed to enter into this *Agreed Order Granting Permanent Injunction*, the Court having reviewed the Stipulation, and good cause appearing,

**IT IS HEREBY ORDERED**, that:

1. The Stipulation is approved in its entirety.

2. Defendant, and her present, future or former agents, representatives, employees, partners, companies, affiliates, siblings, parents, in-laws, spouses, children, attorneys and other confederates, are permanently enjoined from directly or indirectly selling, conveying, encumbering, interfering with, disposing of or transferring the real property located at 7415 Garden Grove Ave., Reseda, California 91335 or any interest therein, without the express written consent of Plaintiff, until full satisfaction of Plaintiff's Judgment against Defendant in this civil action.

3. This Court shall retain jurisdiction over all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

**IT IS SO ORDERED AND ADJUDGED:**

Dated: March 13, 2019

_____
HON. MANUEL L. REAL