Howard J. Weg (State Bar No. 91057)
HWeg@RobinsKaplan.com
James P. Menton, Jr. (State Bar No. 159032)
JMenton@RobinsKaplan.com
**ROBINS KAPLAN LLP**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

Attorneys for Plaintiff Mark G. DeGiacomo,
Chapter 7 Trustee for the Estate of RMA Strategic
Opportunity Fund, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK G. DEGIACOMO, CHAPTER 7 TRUSTEE FOR THE ESTATE OF RMA STRATEGIC OPPORTUNITY FUND, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AIMEE MONTOYA AKA AIMEE MONTOYA-JACKSON AKA AMY JACKSON AKA AMY MONTOYA-JACKSON, an individual,<br><br>Defendant. | Case No. 2:18-cv-00650-R-KS<br><br>**STIPULATED JUDGMENT** |

61495836.4

Plaintiff Mark G. DeGiacomo, in his capacity as Chapter 7 Trustee ("Plaintiff") for the estate of RMA Strategic Opportunity Fund, LLC, having filed his Complaint for: (i) fraudulent transfer—constructive fraud (11 U.S.C. §§ 548, 550, 551); (ii) fraudulent transfer—actual fraud (11 U.S.C. §§ 548, 550, 551); (iii) fraudulent transfer—constructive fraud (11 U.S.C. §§ 544(b), 550, 551); (iv) fraudulent transfer—actual fraud (11 U.S.C. §§ 544(b), 550, 551); and (v) unjust enrichment (the "Complaint"), against Defendant Aimee Montoya aka Aimee Montoya-Jackson aka Amy Jackson aka Amy Montoya-Jackson ("Defendant," and together with Plaintiff, the "Parties"), and the Parties having agreed to the entry of this Stipulated Judgment in the Parties' Stipulation For Entry of Judgment filed March 1, 2019 (Dkt. No. 53), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Judgment is entered in favor of Plaintiff and against Defendant in the amount of Two Hundred Twenty Five Thousand Dollars ($225,000) ("Judgment Award"). Interest shall not accrue on the Judgment Award.

2. The Judgment Award shall be deemed satisfied in the event that Defendant fully and timely pays Plaintiff the Settlement Amount, as defined in the Settlement Agreement between the Parties dated January 11, 2019.

3. This Court shall retain jurisdiction over all matters arising from or related to the implementation, interpretation and/or enforcement of this Stipulated Judgment.

4. The Parties represent and warrant that each Party has full authority to enter into this Stipulated Judgment.

5. Plaintiff is a Party to this Stipulated Judgment solely in his official capacity as chapter 7 trustee of the Debtor's Estate and not in his personal capacity.

/ / /

/ / /

/ / /

6. Each party shall be responsible for the payment of its own costs, attorneys' fees, and all other expenses in connection with the Action.

**IT IS SO ORDERED AND ADJUDGED:**

Dated: March 13, 2019

_____
HON. MANUEL L. REAL